**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| CYNTHIA THORNTON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| QUINCE NURSING AND | ) | No. 2:25-cv-02990-SHL-tmp |
| REHABILITATION CENTER, LLC d/b/a | ) | |
| QUINCE NURSING AND | ) | |
| REHABILITATION CENTER; | ) | |
| AURORA CARES, LLC; DTD HC, LLC; | ) | |
| D&N, LLC; DONALD T. DENZ; AND | ) | |
| NORBERT A. BENNETT, | ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE PARTY**

Before the Court is Plaintiff Cynthia Thornton's Unopposed Motion to Substitute Party, filed May 8, 2026. (ECF No. 25.) Thornton states that she "is no longer able to prosecute this action or protect her interests in this litigation." (Id. at 233.) She therefore seeks to "substitute Michelle Whitaker, as Next Friend of Cynthia Thornton, an incapacitated person," as plaintiff in this matter. (Id.) Thornton desires to proceed through Whitaker, her sister, "[b]ecause no duly appointed guardian or conservator presently exists." (Id.) Defendants do not oppose the substitution. (Id. at PageID 233–34.)

"If a party becomes incompetent, the court may, on motion, permit the action to be continued by or against the party's representative." Fed. R. Civ. P. 25(b). "[A]n incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem." Fed. R. Civ. P. 17(c)(2).

2

Because Thornton is unable to protect her own interests in this litigation, the Motion is

**GRANTED**. Michelle Whitaker, as Next Friend of Cynthia Thornton, an incapacitated person,

is **SUBSTITUTED** in place of Cynthia Thornton as plaintiff in this action.

    **IT IS SO ORDERED** this 12th day of May, 2026.

s/ Sheryl H. Lipman                
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE
