### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

MICHELLE WHITAKER, as Next Friend of
Cynthia Thornton, an incapacitated person,

     Plaintiff,

v.

QUINCE NURSING AND
REHABILITATION CENTER, LLC d/b/a
QUINCE NURSING AND
REHABILITATION CENTER;
AURORA CARES, LLC; DTD HC, LLC;
D&N, LLC; DONALD T. DENZ; AND
NORBERT A. BENNETT,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:25-cv-02990-SHL-tmp

---

### JUDGMENT

---

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed October 30, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Approving Settlement and Attorneys' Fees and Expenses (ECF No. 32), filed July 21, 2026, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
_____
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 21, 2026
_____
Date